RADTKE BROTHERS & KORTSCH COMPANY and another, Appellants, vs. INDUSTRIAL COMMISSION and another, Respondents.

*March 13—May 5, 1942.*

For the appellants there was a brief by *Otjen & Otjen* of Milwaukee, and oral argument by *T. P. Otjen.*

For the respondent Industrial Commission there was a brief by the *Attorney General* and *Mortimer Levitan,* assistant attorney general, and oral argument by *Mr. Levitan.*

For the respondent Valeska Moebius there was a brief by *Gold & McCann* of Milwaukee, and oral argument by *Ray T. McCann.*

FAIRCHILD, J.  Mr. Chief Justice ROSENBERRY, Mr. Justice WICKHEM, and the writer are of opinion that the facts in the record support the conclusions and award of the Industrial Commission and that the judgment should be affirmed.  Mr. Justice FOWLER, Mr. Justice FRITZ, and Mr.

Justice MARTIN are of contrary view and of opinion that the judgment should be reversed.

Under the rule the judgment appealed from is affirmed.

*By the Court.*—Judgment affirmed.